DANIEL BRODERICK, Bar #89424
Federal Defender
LINDA HARTER, Bar # 179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHRISTIAN MORENO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-289 MCE |
| Plaintiff, ) ) | STIPULATION AND ORDER |
| v. ) ) | |
| CHRISTIAN MORENO and ) JESUS JAIME MARTINEZ, ) ) | Date: October 3, 2006 Time: 8:30 a.m. Judge: Morrison C. England, Jr. |
| Defendants. ) _____ ) | |

　　　IT IS HEREBY STIPULATED and agreed to between the United States of America through Michael Beckwith, Assistant United States Attorney; defendant, JESUS JAIME MARTINEZ, by and through his counsel, Dina Santos; and defendant, CHRISTIAN MORENO, by and through his counsel, Linda Harter, Chief Assistant Federal Defender, as follows:

　　　It is agreed that the current Status Conference hearing date of September 19, 2006 be vacated and a new status conference hearing date of October 3, 2006 at 8:30 a.m. be set.

　　　This continuance is requested to allow counsel for both parties additional time to prepare, to review discovery, and to conduct ongoing investigation.

1  It is further stipulated and agreed among the parties that the
2  period beginning September 19, 2006 through October 3, 2006 should be
3  excluded in computing the time within which the trial of the above
4  criminal prosecution must commence for purposes of the Speedy Trial Act
5  for defense preparation.  All parties stipulate and agree that this is
6  an appropriate exclusion of time within the meaning of Title 18, United
7  States Code, Section 3161(h)(8)(B)(iv) and Local Code T4.

Dated: September 11, 2006          Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ Linda C. Harter
                                   _____
                                   LINDA C. HARTER
                                   Chief Assistant Federal Defender
                                   Attorney for Defendant
                                   CHRISTIAN MORENO

                                   /s/ Dina Santos
                                   _____
                                   DINA SANTOS
                                   Attorney for Defendant
                                   JESUS JAIME MARTINEZ

Dated: September 11, 2006          MCGREGOR W. SCOTT
                                   United States Attorney

                                   /s/ Michael Beckwith
                                   _____
                                   MICHAEL BECKWITH
                                   Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: September 14, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE