1  McGREGOR W. SCOTT
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  )  CR. 2:06-cr-00289-MCE
12           Plaintiff,           )
                                  )  STIPULATION AND [PROPOSED] ORDER
13                                )  CONTINUING STATUS CONFERENCE AND
       v.                         )  EXCLUDING TIME
14                                )
   JESUS JAIME MARTINEZ, et al.,  )
15                                )
             Defendants.          )  Hon. Morrison C. England, Jr.
16 _____)

17

18      The parties request that the status conference currently set
19 for October 3, 2006, be continued to October 31, 2006, and
20 stipulate that the time beginning October 3, 2006, and extending
21 through October 31, 2006, should be excluded from the calculation
22 of time under the Speedy Trial Act.  The parties submit that the
23 ends of justice are served by the Court excluding such time, so
24 that counsel for each defendant may have reasonable time
25 necessary for effective preparation, taking into account the
26 exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In
27 particular, counsel for all parties need more time to evaluate a
28 possible plea disposition and information relevant to sentencing.

1

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

```
                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney


Dated:   October 2, 2006       By:/s/ Michael M. Beckwith
                                    MICHAEL M. BECKWITH
                                    Assistant U.S. Attorney


Dated:   October 2, 2006       By:/s/ Dina Santos
                                    DINA SANTOS
                                    Attorney for defendant
                                    Jesus Jaime Martinez

Dated:   October 2, 2006       By:/s/ Linda Harter
                                    LINDA HARTER
                                    Attorney for defendant
                                    Christian Moreno
```

**<u>ORDER</u>**

The status conference in case number CR. S-06-0101 MCE, currently set for October 3, 2006, is continued to October 31, 2006, and the time beginning October 3, 2006, and extending through October 31, 2006, is excluded from the calculation of time under the Speedy Trial Act. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

IT IS SO ORDERED.

Dated: October 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE